PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4860
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD RANIA,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | No. 2:20-cv-01541-MCE-CKD<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE MOTION FOR SUMMARY JUDGMENT |

      IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Defendant shall have an extension of 30 days to file his cross-motion for summary judgment, until July 8, 2021.

      Because of extensions related to the COVID-19 pandemic and delayed production of certified administrative records throughout the country, the Social Security Administration has workload imbalances between various regions, requiring attorneys to provide assistance on cases in other regions. Currently the workload in the United States District Courts for the Eastern and Western Districts of Missouri is overwhelming the attorneys primarily responsible for briefing cases in those jurisdictions, even after obtaining multiple extensions. Therefore, other attorneys

have received reassignments from those districts that require immediate attention, with no further extensions possible in many of those cases. The attorney responsible for briefing this case is one of the attorneys who has received reassignment of urgent cases from those districts.

Because Defendant has not sought or received an extension for this brief, Defendant requests a first extension of thirty days, with a new due date of July 8, 2021. This extension would allow the Social Security Administration to balance its currently uneven workloads, give attention to the longest-pending cases, and give complete and appropriate consideration to briefing this case.

Respectfully submitted June 1, 2021.

DATED: June 1, 2021  /s/ David Chermol
DAVID CHERMOL
(as authorized by email)
Attorney for Plaintiff

PHILLIP A. TALBERT
Acting United States Attorney

DATED: June 1, 2021  By  s/ Daniel P. Talbert
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

Dated: June 4, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2